1   Daniel K. Slaughter (SBN 136725)
    Michael F. Donner (SBN 155944)
2   STEIN & LUBIN LLP
    Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, CA  94111
4   Telephone:     (415) 981-0550
    Facsimile:      (415) 981-4343
5   dslaughter@steinlubin.com
    mdonner@steinlubin.com
6
    Attorneys for Defendant
7   McAFEE, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12
    JENNIFER BILODEAU,                    Case No.  CV 12-04589 LHK
13
              Plaintiff,
14                                        **STIPULATION AND [PROPOSED]**
    v.                                    **ORDER RE BRIEFING SCHEDULE RE**
15                                        **McAFEE, INC.'S MOTION TO DISMISS**
    McAFEE, INC., and CAPITAL             **COMPLAINT**
16  INTELLECT, INC.,                      **[U.S. Const. art. III, Fed. R. Civ. P. 9(b),**
                                          **12(b)(6)]**
17            Defendants.
                                          Date:  March 28, 2013
18                                        Time:  1:30 p.m.
                                          Courtroom:  8
19
                                          Complaint filed:  August 31, 2012
20                                        Trial date:  None set
                                          Judge:  Hon. Lucy H. Koh
21

22          WHEREAS defendant McAfee, Inc. ("McAfee") filed a Motion to Dismiss

23  Complaint on November 9, 2012, setting the hearing on the Court's earliest available hearing date

24  of March 28, 2013; and

25          WHEREAS the parties believe that additional time beyond that allowed in the

26  Local Rules to address the arguments in the Motion would assist the parties and the Court;

27          WHEREAS the parties therefore have agreed on a briefing schedule for the

28  Motion.

1    NOW THEREFORE, PLAINTIFF AND McAFEE, BY AND THROUGH THEIR

2    COUNSEL hereby stipulate as follows:

3         Plaintiff's opposition to the Motion shall be filed and served on or before January

4    8, 2013.

5         Plaintiff's reply in support of the Motion shall be filed and served on or before

6    February 5, 2013.

7         SO STIPULATED.

8    Dated: November 12, 2012          STEIN & LUBIN LLP

9                                  By: /s/ Daniel K. Slaughter

10                                     Daniel K. Slaughter
                                       Attorneys for Defendant
11                                     McAFEE, INC.

12   Dated: November 12, 2012          EDELSON MCGUIRE, LLC

13                                  By: /s/ Benjamin H. Richman

14                                     Benjamin H. Richman
                                       Attorneys for Plaintiff
15                                     JENNIFER BILODEAU

16              **PURSUANT TO STIPULATION IT IS SO ORDERED**

17

18   Dated: 11/14/2012

                                       The Honorable Lucy H. Koh
19                                     United States District Court Judge

20

21

22

23

24

25

26

27

28

# CERTIFICATE SERVICE

I, Sabrina A. Stewart, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111.  On November 13, 2012, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE RE McAFEE, INC.'S MOTION TO DISMISS COMPLAINT**

☒ (BY EMAIL) by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth in the CM/ECF system.

| | |
|---|---|
| Sean P. Reis<br>EDELSON MCGUIRE, LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688<br>Email: *sreis@edelson.com* | *Attorneys for Plaintiff and the Putative Class* |
| Jay Edelson<br>Rafey S. Balabanian<br>Benjamin H. Richman<br>Chandler R. Givens<br>EDELSON MCGUIRE, LLP<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Email: *jedelson@edelson.com*<br>*rbalabanian@edelson.com*<br>*brichman@edelson.com*<br>*cgivens@edelson.com* | *Attorneys for Plaintiff and the Putative Class* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 13, 2012, at San Francisco, California.

/S/ SABRINA STEWART
_____
SABRINA STEWART