**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BILODEAU, | Case No.: 12-CV-04589-LHK |
| Plaintiff, | ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| v. | |
| McAFEE, INC. and CAPITAL INTELLECT, INC., | |
| Defendants. | |

The Motion to Dismiss hearing and the case management conference scheduled for March 28, 2013, are hereby CONTINUED to May 2, 2013.

**IT IS SO ORDERED.**

Dated: March 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04589-LHK
ORDER CONTINUING HEARING ON MOTION TO DISMISS