| | |
|---|---|
| 1 | Daniel K. Slaughter (SBN 136725) |
| | Michael F. Donner (SBN 155944) |
| 2 | STEIN & LUBIN LLP |
| | Transamerica Pyramid |
| 3 | 600 Montgomery Street, 14th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 981-0550 |
| | Facsimile: (415) 981-4343 |
| 5 | dslaughter@steinlubin.com |
| | mdonner@steinlubin.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | McAFEE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BILODEAU, | Case No. CV 12-04589 LHK |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING OF HEARING RE McAFEE, INC.'S MOTION TO DISMISS COMPLAINT** [U.S. Const. art. III, Fed. R. Civ. P. 9(b), 12(b)(6)] **AND CASE MANAGEMENT CONFERENCE** |
| McAFEE, INC., and CAPITAL INTELLECT, INC., | |
| Defendants. | |
| | Date: May 2, 2013 |
| | Time: 1:30 p.m. |
| | Courtroom: 8 |
| | Complaint filed: August 31, 2012 |
| | Trial date: None set |
| | Judge: Hon. Lucy H. Koh |

WHEREAS defendant McAfee, Inc. ("McAfee") filed a Motion to Dismiss Complaint on November 9, 2012, setting the hearing on the Court's earliest available hearing date of March 28, 2013; and

WHEREAS the Court subsequently reset the hearing to May 2, 2013 and also set a Case Management Conference for that date; and

WHEREAS counsel for McAfee is on the National Board of Directors of Lambda

1   Legal, a non-profit organization, which has scheduled its next Board meeting for May 3 and 4 in

2   New York, requiring that counsel travel to New York on May 2; and

3       WHEREAS the parties therefore have agreed to postpone the hearing on the

4   Motion to Dismiss and the Case Management Conference to any other Thursday in May 2013, or

5   another date that is convenient to the Court.

6       NOW THEREFORE, PLAINTIFF AND McAFEE, BY AND THROUGH THEIR

7   COUNSEL hereby stipulate as follows:

8       The hearing on McAfee's Motion to Dismiss and the Case Management

9   Conference, currently set for May 2, 2013, shall be postponed to another Thursday in May 2013,

10  or another date that is convenient to the Court.

11      SO STIPULATED.

12  Dated: March 26, 2013        STEIN & LUBIN LLP

13          By:  /s/ Daniel K. Slaughter

14          Daniel K. Slaughter
        Attorneys for Defendant

15          McAFEE, INC.

16  Dated: March 26, 2013        EDELSON LLC

17          By:  /s/ Benjamin H. Richman

18          Benjamin H. Richman
        Attorneys for Plaintiff

19          JENNIFER BILODEAU

20  **PURSUANT TO STIPULATION IT IS SO ORDERED**

21  McAfee's Motion to Dismiss and the Case Management Conference, currently set for

22  May 2, 2013 at 1:30 p.m., shall be re-set for __June 13__, 2013 at __1:30 p.m__.

23

24  Dated: __April 3, 2013__        /s/ Lucy H. Koh

        The Honorable Lucy H. Koh

25          United States District Court Judge