UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br>v.<br><br>MCAFEE, INC,. and CAPITAL INTELLECT, INC.,<br><br>Defendants. | Case No.: 12-CV-04589-LHK<br><br>ORDER VACATING HEARING |

The hearing on Defendant McAfee's Motion to Dismiss scheduled for June 13, 2013, is hereby VACATED. Pursuant to Civil Rule Rule 7–1(b), the Court concludes that this motion is appropriate for determination without oral argument, and the Court will issue a written Order shortly. The Order to Show Cause hearing set for June 13, 2013, is likewise VACATED. The Case Management Conference set for June 13, 2013, is CONTINUED to October 16, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 12, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge