SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff* JENNIFER BILODEAU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER BILODEAU, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>McAFEE, INC., a Delaware corporation, and CAPITAL INTELLECT, INC., a Delaware corporation.<br><br>*Defendants*. | Case No. 12-cv-04589-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable Lucy H. Koh |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiff Jennifer Bilodeau, by and through her |
| 2 | undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims |
| 3 | in this action—including those of the putative class—*without prejudice* as to Defendants McAfee, |
| 4 | Inc. and Capital Intellect, Inc. In support of the instant notice, Plaintiff states as follows: |

1. Plaintiff filed this action on August 31, 2012. (Dkt. 1.)
2. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."
3. Defendants have not served either an answer or a motion for summary judgment in this action.
4. Accordingly, this action may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**JENNIFER BILODEAU**, individually and on behalf of all others similarly situated,

Dated: July 24, 2013

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378